```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13074
   CURTIS PHEONVA ANDERSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4494


----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 07/20/2007 and was confirmed 09/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors   10.71%.

      The case was dismissed after confirmation 02/02/2009.
----------------------------------------------------------------------
   CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
----------------------------------------------------------------------
   BARCLAYS CAPITAL REAL ES CURRENT MORTG       .00           .00          .00
   BARCLAYS CAPITAL REAL ES MORTGAGE ARRE  24482.23           .00      2876.15
   HOME EQ SERVICING CORP   UNSECURED     NOT FILED           .00          .00
   HOMEQ                    NOTICE ONLY   NOT FILED           .00          .00
   OVERLAND BOND & INVESTME SECURED VEHIC   1550.86           .00      1550.86
   ECAST SETTLEMENT CORP    UNSECURED       550.55            .00          .00
   BALLYS TOTAL FITNESS     UNSECURED     NOT FILED           .00          .00
   CAPITAL ONE              UNSECURED       1519.55           .00          .00
   COMMONWEALTH EDISON      UNSECURED     NOT FILED           .00          .00
   COMMONWEALTH EDISON      UNSECURED        728.23           .00          .00
   HANSEN SERVICES INC      UNSECURED        330.24           .00          .00
   CPI JOLIET               NOTICE ONLY   NOT FILED           .00          .00
   ECAST SETTLEMENT CORP    UNSECURED        638.18           .00          .00
   MCI                      UNSECURED     NOT FILED           .00          .00
   PEOPLES GAS LIGHT & COKE UNSECURED     NOT FILED           .00          .00
   ASSET ACCEPTANCE LLC     UNSECURED       2035.05           .00          .00
   ASSET ACCEPTANCE LLC     UNSECURED         51.48           .00          .00
   SPRINT                   UNSECURED     NOT FILED           .00          .00
   HOMEQ SERVCING           NOTICE ONLY   NOT FILED           .00          .00
   PEOPLES GAS LIGHT & COKE UNSECURED       1876.49           .00          .00
   PREMIER BANKCARD         UNSECURED        444.07           .00          .00
   ECAST SETTLEMENT CORP    UNSECURED        887.84           .00          .00
   JOYNER LAW OFFICE        DEBTOR ATTY    2,700.00                    2,700.00
   TOM VAUGHN               TRUSTEE                                      570.99
   DEBTOR REFUND            REFUND                                          .00

         Summary of Receipts and Disbursements:
   ----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
   ----------------------------------------------------------------------
   TRUSTEE               7,698.00


                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13074 CURTIS PHEONVA ANDERSON
```

```
PRIORITY                                                              .00
SECURED                                                          4,427.01
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                               570.99
DEBTOR REFUND                                                         .00
                                        ---------------   ---------------
TOTALS                                         7,698.00          7,698.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 03/05/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```